IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Shores Sr, Raymond William | Case Number: 05 B 23266 |
|---|---|---|
| | Shores, Mary Ella | Judge: Wedoff, Eugene R |
| | Printed: 3/25/08 | Filed: 6/10/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 6, 2008
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 29,917.39 | |
| Secured: | | 503.20 |
| Unsecured: | | 24,600.70 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,499.97 |
| Other Funds: | | 613.52 |
| Totals: | 29,917.39 | 29,917.39 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wickes Furniture | Secured | 503.20 | 503.20 |
| 3. | Discover Financial Services | Unsecured | 6,538.34 | 6,538.34 |
| 4. | Target National Bank | Unsecured | 2,597.68 | 2,597.68 |
| 5. | ECast Settlement Corp | Unsecured | 1,202.73 | 1,202.73 |
| 6. | Credit Union One | Unsecured | 2,386.44 | 2,386.44 |
| 7. | Resurgent Capital Services | Unsecured | 1,531.36 | 1,531.36 |
| 8. | Resurgent Capital Services | Unsecured | 1,901.27 | 1,901.27 |
| 9. | ECast Settlement Corp | Unsecured | 8,442.88 | 8,442.88 |
| 10. | Bank Of America | Unsecured | | No Claim Filed |
| | | | $ 27,803.90 | $ 27,803.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 53.19 |
| 5.5% | 550.29 |
| 5% | 164.91 |
| 4.8% | 294.00 |
| 5.4% | 437.58 |
| | $ 1,499.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shores Sr, Raymond William  
Shores, Mary Ella  
Printed: 3/25/08

Case Number: 05 B 23266  
Judge: Wedoff, Eugene R  
Filed: 6/10/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

